No. 10–1098. THREATT v. DONOVAN, SECRETARY OF HOUSING AND URBAN DEVELOPMENT. C. A. 7th Cir. Certiorari denied.

No. 10–1105. KEEFE ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 10–1109. DEULEY ET AL. v. DYNCORP INTERNATIONAL, INC., ET AL. Sup. Ct. Del. Certiorari denied.

No. 10–1114. GLOVER v. MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–1120. MILES v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 10–1130. RUIZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–1145. BANISTER v. CALIFORNIA BOARD OF ACCOUNTANCY. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 10–6987. HOLMES v. EAST COOPER HOSPITAL, INC., ET AL. Sup. Ct. S. C. Certiorari denied.

No. 10–7240. BILLIAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–7260. VENCES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–7628. ALLEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–7664. STANLEY v. VINING ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–7971. TERRELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–7974. AREVALOS-BARRIOS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–8014. DEEGAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.